IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No. 16-10715-TPA |
| | ) | |
| Thomas John Harvey, | ) | Chapter 13 |
| Kim Irene Harvey, | | |
| | ) | |
| Debtors | ) | Judge: Thomas P. Agresti |
| | ) | |

## WITHDRAWAL OF NOTICE OF PAYMENT CHANGE

COMES NOW U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2019-GS3, and hereby withdraws the Notice of Payment Change filed on March 6, 2020.

*/s/Heather D. Bock*
Heather D. Bock
Authorized Agent for Creditor
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076
Phone: 678-281-6444
Fax: Heather
Heather.Bock@mccalla.com

**RECEIVED**

JUL 2 0 2020

CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLANIA

