Case 16-10715-TPA    Doc 81    Filed 07/27/20    Entered 07/27/20 17:11:43    Desc Main
Document    Page 1 of 1

FILED
7/27/20 5:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| THOMAS JOHN HARVEY : | Case No. 16-10715-TPA |
| KIM IRENE HARVEY : | Chapter 13 |
| *Debtors* : | |
| : | |
| U.S. BANK TRUST NATIONAL : | |
| ASSOCIATION : | |
| *Movant* : | |
| : | |
| v. : | Related to Document No. 80 |
| : | |
| THOMAS JOHN HARVEY : | |
| KIM IRENE HARVEY : | |
| *Respondents* : | |

## ORDER

*AND NOW*, this **27th** day of *July, 2020*, it is hereby **ORDERED, ADJUDGED and DECREED** that the *Withdrawal of Notice of Payment Change* dated July 15, 2020 filed by U.S. Bank Trust National Association at Document No. 80 in the above-captioned case is **STRICKEN**, without prejudice to timely refiling in proper form, because it was filed by a non-attorney, apparently acting in a non-pro se capacity. Artificial legal entities, including limited liability companies, may only be represented by an attorney authorized to practice law in this Court. *See In re Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993). Any refiled document must include a proper caption naming a Movant and Respondent in accordance with W.PA.LBR 9004-1.

Thomas P. Agresti, Judge
United States Bankruptcy Court

**jlm**

Case Administrator to serve:
    Debtor
    Ronda J. Winnecour, Esq.
    U.S. Bank Trust National Association