### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas John Harvey<br>Kim Irene Harvey<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 16-10715 TPA |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Legacy Mortgage Asset Trust 2019-GS3 and index same on the master mailing list.

Respectfully submitted,

/s/ James C. Warmbrodt

James Warmbrodt
11 Aug 2020, 12:01:25, EDT

James C. Warmbrodt, Esquire
Attorney I.D. No. 42524
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
jwarmbrodt@kmllawgroup.com