2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-10715-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

Thomas John Harvey
7749 Mill Road
Conneaut Lake PA 16316

Kim Irene Harvey
7749 Mill Road
Conneaut Lake PA 16316

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/19/2021.

Name and Address of Alleged Transferor(s):

Claim No. 5: LSF9 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134

Name and Address of Transferee:

LSF9 Master Participation Trust
Serviced by Select Portfolio Servicing,
PO Box 65250
Salt Lake City, UT 84165

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/21/21

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 16-10715-TPA
Thomas John Harvey  Chapter 13
Kim Irene Harvey
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1  User: nsha  Page 1 of 2
Date Rcvd: May 19, 2021  Form ID: trc  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 14333852 | + | LSF9 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2021  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2021 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
    on behalf of Creditor Legacy Mortgage Asset Trust 2019-GS3 bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2019-GS3 bnicholas@kmllawgroup.com

Celine P. DerKrikorian
    on behalf of Creditor LSF9 Master Participation Trust ecfmail@mwc-law.com

Daniel P. Foster
    on behalf of Joint Debtor Kim Irene Harvey dan@mrdebtbuster.com
    katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
    on behalf of Debtor Thomas John Harvey dan@mrdebtbuster.com
    katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

| District/off: 0315-1 | User: nsha | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 19, 2021 | Form ID: trc | Total Noticed: 1 |

Joseph A. Dessoye
    on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com

Kevin M Buttery
    on behalf of Creditor MTGLQ Investors  L.P kbuttery@rascrane.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard M. Squire
    on behalf of Creditor LSF9 Master Participation Trust lcolwell@squirelaw.com  kdiskin@squirelaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 10