Certificate Number: 02998-PAW-DE-035936870

Bankruptcy Case Number: 16-10715



02998-PAW-DE-035936870

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 23, 2021, at 1:59 o'clock PM EDT, Thomas J Harvey completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  August 23, 2021           By:  /s/Terri Everett

                                 Name:  Terri Everett

                                 Title:  Counselor