**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | THOMAS JOHN HARVEY |
| Debtor 2 (Spouse, if filing) | KIM IRENE HARVEY |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number: | 16-10715TPA |

Form 4100N

# Notice of Final Cure Payment

10/15

File a separate notice for each creditor.

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

Name of creditor: LSF9 MASTER PARTICIPATION TRUST

Court claim no. (if known): 05-2

Last 4 digits of any number you use to identify the debtor's account: 8 5 7 5

Property Address: 7749 MILL RD
CONNEAUT LAKE PA 16316

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:** Amount

| | | |
|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ 0.00 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ 0.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ 0.00 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment  $ $73.70

The next postpetition payment is due on  10 / 1 / 2021
                                         MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

Form 4100N     Notice of Final Cure Payment     page 1

| Debtor 1 | **THOMAS JOHN HARVEY** | Case number *(if known)* | **16-10715TPA** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

✗ /s/ Ronda J. Winnecour      Date  09/02/2021
Signature

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566 |
| Email | cmecf@chapter13trusteewdpa.com |

| Debtor 1 | THOMAS JOHN HARVEY | Case number *(if known)* | 16-10715TPA |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 05/17/2017 | | LSF9 MASTER PARTICIPATION TRUST | REALLOCATION OF CONTINUING DEBT | 1,118.77 |
| 03/28/2018 | 1074431 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 88.93 |
| 04/24/2018 | 1077668 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 74.61 |
| 05/25/2018 | 1080928 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 71.35 |
| 06/22/2018 | 1084075 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 71.51 |
| 07/26/2018 | 1087290 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 78.90 |
| 08/28/2018 | 1090504 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 81.67 |
| 09/25/2018 | 1093636 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 82.68 |
| 10/29/2018 | 1096885 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 82.65 |
| 11/27/2018 | 1100023 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 76.07 |
| 12/21/2018 | 1103128 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 73.70 |
| 01/25/2019 | 1106335 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 73.70 |
| 02/25/2019 | 1109586 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 73.70 |
| 03/25/2019 | 1112879 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 73.70 |
| 04/26/2019 | 1116172 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 73.70 |
| 05/24/2019 | 1119571 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 73.70 |
| 06/25/2019 | 1122968 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 73.70 |
| 07/29/2019 | 1126413 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 73.70 |
| 08/27/2019 | 1129882 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 73.70 |
| 09/24/2019 | 1133191 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 73.70 |
| 10/24/2019 | 1136519 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 73.70 |
| 11/25/2019 | 1139988 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 46.76 |
| 12/23/2019 | 1143368 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 70.65 |
| 01/28/2020 | 1146826 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 81.46 |
| 02/25/2020 | 1150351 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 85.74 |
| 03/23/2020 | 1153834 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 83.89 |
| 04/27/2020 | 1157294 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 64.07 |
| 05/26/2020 | 1160634 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 75.89 |
| 06/26/2020 | 1163771 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 74.50 |
| 07/29/2020 | 1166891 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 74.66 |
| 08/25/2020 | 1169968 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 74.68 |
| 09/28/2020 | 1173053 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 74.67 |
| 10/26/2020 | 1176141 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 74.67 |
| 11/24/2020 | 1179217 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 75.81 |
| 12/21/2020 | 1182171 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 74.35 |
| 01/25/2021 | 1185135 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 73.70 |
| 02/22/2021 | 1188261 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 73.70 |
| 03/26/2021 | 1191540 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 69.00 |
| 04/26/2021 | 1194800 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 74.98 |
| 05/25/2021 | 1197932 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 75.38 |
| 07/26/2021 | 1204316 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 90.80 |
| | | | | 4,127.20 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

THOMAS JOHN HARVEY
KIM IRENE HARVEY
7749 MILL ROAD
CONNEAUT LAKE, PA  16316

DANIEL P FOSTER ESQ**
FOSTER LAW OFFICES
1210 PARK AVE
MEADVILLE, PA  16335

LSF9 MASTER PARTICIPATION TRUST
C/O SELECT PORTFOLIO SERVICING INC
ATTN.: REMITTANCE PROCESSING
PO BOX 65450
SALT LAKE CITY, UT  84165-0450

SELECT PORTFOLIO SERVICING**
BANKRUPTCY NOTICES**
POB 65250
SALT LAKE CITY, UT  84165

MCCABE WEISBERG & CONWAY PC
1ST UNION BLDG
123 S BROAD ST STE 1400
PHILADELPHIA, PA  19109


9/2/21                                                  /s/ Roberta Saunier
                                                        Administrative Assistant
                                                        Office of the Chapter 13 Trustee