**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **THOMAS JOHN HARVEY** |
| Debtor 2 (Spouse, if filing) | **KIM IRENE HARVEY** |
| United States Bankruptcy Court for the: **WESTERN** District of: **PA** (State) | |
| Case number | **16-10715-TPA** |

Form 4100R
# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** LSF9 Master Participation Trust c/o Select Portfolio Servicing, Inc.

**Last 4 digits** of any number you use to identify the debtor's account: **8 5 7 5**

**Court claim no.** (if known): **5-2**

**Property address:**
**7749 Mill Road**
Number    Street

_____

**Conneaut Lake        PA        16316**
City              State       ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: **10/07/2021**
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:        (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.            (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: _____
MM / DD / YYYY

| Debtor 1 | **THOMAS JOHN HARVEY** | Case number (if known) 16-10715-TPA |
|---|---|---|
| | First Name  Middle Name  Last Name | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Bradley J. Osborne, Esquire        Date   09/23/2021
   Signature

Print:  Danielle Boyle-Ebersole, Esquire        Title:  Attorney
        First Name  Middle Name  Last Name

Company:  Hladik, Onorato & Federman, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address:  298 Wissahickon Avenue
          Number         Street

          North Wales, PA 19454
          City              State    ZIP Code

Contact phone ( 215 ) 855 – 9521        Email  bosborne@hoflawgroup.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 16-10715-TPA |
| Thomas John Harvey and Kim Irene Harvey | : Chapter 13 |
|     Debtors | : |
| | : |
| LSF9 Master Participation Trust c/o Select | : |
| Portfolio Servicing, Inc. | : |
|     Movant | : |
|     vs. | : |
| | : |
| Thomas John Harvey and Kim Irene Harvey | : |
|     Debtors/Respondents | : |
|     and | : |
| Ronda J. Winnecour, Esquire | : |
|     Trustee/Respondent | : |

## **CERTIFICATE OF SERVICE**

    I, Bradley J. Osborne, Esq., hereby certify that I caused to be served true and correct copies of the **RESPONSE TO NOTICE OF FINAL CURE PAYMENT** at the respective last known address of each person set forth below on September 23, 2021:

| | |
|---|---|
| Daniel P. Foster, Esquire | Thomas John Harvey |
| Via Electronic Filing | Kim Irene Harvey |
| *Attorney for Debtors* | 7749 Mill Road |
| | Conneaut Lake, PA 16316 |
| Ronda J. Winnecour, Esquire | Via First Class Mail |
| Via ECF: | *Debtors* |
| cmecf@chapter13trusteewdpa.com | |
| *Trustee* | |

    Respectfully Submitted,

Date: 09/23/2021

    /s/ Bradley J. Osborne, Esquire
    Bradley J. Osborne, Esquire
    Hladik, Onorato & Federman, LLP
    Attorney I.D. # 312169
    298 Wissahickon Avenue
    North Wales, PA 19454
    Phone 215-855-9521
    Email: bosborne@hoflawgroup.com