FILED
9/24/21 3:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| THOMAS JOHN HARVEY | : | Case No. 16-10715-TPA |
| KIM IRENE HARVEY | : | |
| *Debtor(s)* | : | Chapter 13 |
| | : | |
| RONDA J. WINNECOUR, ESQ. | : | Related to Doc No. 104 |
| *Movant(s)* | : | |
| | : | |
| v. | : | |
| | : | |
| U.S. BANK TRUST NATIONAL ASSOCIATION | : | |
| *Respondent(s)* | : | |

## ORDER APPROVING NOTICE OF FINAL CURE PAYMENT

*AND NOW*, this **24th** day of **September, 2021**, the Chapter 13 Trustee having filed a *Notice of Final Cure Payment* at Doc. 104 ("Notice") directed to U.S. Bank Trust National Association ("Creditor") pursuant to *Fed.R.Bankr.P. 3002.1(f)* indicating that the amount required to cure the prepetition default in the claim has been paid in full through the plan and that postpetition payments are current, and Creditor having either filed a response to the *Notice* indicating its agreement therewith, or failed to respond within 21 days as required by *Fed.R.Bankr.P. 3002.1(g)*, it is therefore **ORDERED, ADJUDGED** and **DECREED** that,

(1) The Debtors by payments made to the Chapter 13 Trustee under the Plan has made all payments due during the pendency of this case through the date set forth in the *Notice*,

including all monthly payments and any other charges or amounts due under the mortgage with Creditor.

      (2)    The Debtors is found to have cured any mortgage arrearage or default in the mortgage with Creditor existing on the date this case was filed and the Trustee's *Notice of Final Cure Payment* is **APPROVED**.

      (3)    Creditor is prohibited and enjoined from disputing that the Debtor(s) is current on the mortgage, as set forth herein, in any other proceeding.

      (4)    Creditor is further prohibited and enjoined from the commencement or continuation of any action, the employment of any process, the making of any statement, or the taking of any action to collect, recover, offset, represent or assert that Debtor(s) has any debt or obligation contrary to the provisions of the *Notice* and of this Order.

      (5)    Any violation of this Order by Creditor may lead to a finding of contempt and the imposition of sanctions.

_____asg_
Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10715-TPA |
| Thomas John Harvey | Chapter 13 |
| Kim Irene Harvey | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: bsil | Page 1 of 2 |
| Date Rcvd: Sep 24, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas John Harvey, Kim Irene Harvey, 7749 Mill Road, Conneaut Lake, PA 16316-6539 |
| | + | Richard Postiglione, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Sep 26, 2021 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2021 at the address(es) listed below:

**Name**                          **Email Address**

Bradley Joseph Osborne
    on behalf of Creditor LSF9 Master Participation Trust bosborne@hoflawgroup.com  pfranz@hoflawgroup.com

Brian Nicholas
    on behalf of Creditor Legacy Mortgage Asset Trust 2019-GS3 bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2019-GS3 bnicholas@kmllawgroup.com

Celine P. DerKrikorian
    on behalf of Creditor LSF9 Master Participation Trust ecfmail@mwc-law.com

Daniel P. Foster

| District/off: 0315-1 | User: bsil | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 24, 2021 | Form ID: pdf900 | Total Noticed: 2 |

Daniel P. Foster
    on behalf of Joint Debtor Kim Irene Harvey dan@mrdebtbuster.com
    katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

    on behalf of Debtor Thomas John Harvey dan@mrdebtbuster.com
    katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Joseph A. Dessoye
    on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com

Kevin M Buttery
    on behalf of Creditor MTGLQ Investors L.P kbuttery@rascrane.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard M. Squire
    on behalf of Creditor LSF9 Master Participation Trust lcolwell@squirelaw.com kdiskin@squirelaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 11