| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Thomas John Harvey** | Social Security number or ITIN  xxx–xx–1163 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kim Irene Harvey** | Social Security number or ITIN  xxx–xx–4743 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **16–10715–TPA** | |

# Order of Discharge                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Thomas John Harvey                                            Kim Irene Harvey

10/19/21                                            **By the court:**    <u>Thomas P. Agresti</u>
                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Thomas John Harvey  
Kim Irene Harvey  
    Debtors

Case No. 16-10715-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: bsil | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 19, 2021 | Form ID: 3180W | Total Noticed: 24 |

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas John Harvey, Kim Irene Harvey, 7749 Mill Road, Conneaut Lake, PA 16316-6539 |
| cr | + | MTGLQ Investors, L.P, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | | U.S. Bank Trust National Association, not in its i, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14264851 | + | Beneficial Consumer Discount Company, PO Box 1231, Brandon, FL 33509-1231 |
| 14264852 | + | Caliber Home Loans Inc, PO Box 650856, Dallas, TX 75265-0856 |
| 14333852 | + | LSF9 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 15377613 | + | LSF9 Master Participation Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14947957 | + | MTGLQ INVESTORS, L.P., 9990 Richmond Ave, Suite 400 South, Houston, TX 77042-4546 |
| 15080062 | | U.S. Bank Trust National Association, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14264861 | + | Windstream Communications, Attn: Alice Peace, 2 North Main Street, Greenville, SC 29601-4874 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Oct 20 2021 03:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 19 2021 23:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Oct 20 2021 03:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 19 2021 23:07:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14264853 | + Email/Text: legal@castlecredit.com | Oct 19 2021 23:07:00 | Castle Credit, 8420 West Bryn Mawr, Chicago, IL 60631-3436 |
| 14279388 | + Email/Text: legal@castlecredit.com | Oct 19 2021 23:07:00 | Castle Credit Co Holdings, LLC, 8430 West Bryn Mawr Avenue, Suite 750, Chicago, Illinois 60631-3475 |
| 14264854 | + EDI: CITICORP.COM | Oct 20 2021 03:08:00 | Citibank / The Home Depot, Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14264855 | + EDI: CMIGROUP.COM | Oct 20 2021 03:08:00 | Credit Management, LP, Attn: Bankruptcy, Po Box 118288, Carrolton, TX 75011-8288 |
| 14264856 | EDI: DIRECTV.COM | Oct 20 2021 03:08:00 | DirecTV LLC, Attn: Bankruptcies, PO Box 6550, Englewood, CO 80155 |
| 14334761 | EDI: DIRECTV.COM | | |

Case 16-10715-TPA    Doc 113    Filed 10/21/21    Entered 10/22/21 00:30:01    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-1 | User: bsil | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Oct 19, 2021 | Form ID: 3180W | Total Noticed: 24 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | Oct 20 2021 03:08:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14264857 | + | Email/Text: bknotice@ercbpo.com | Oct 19 2021 23:07:00 | ERC / Enhanced Recovery Corporation, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14264858 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2021 23:27:31 | LVNV Funding LLC, Po Box 10497, Greenville, SC 29603-0497 |
| 14264859 | + | Email/Text: mwetherbee@mmchs.org | Oct 19 2021 23:07:00 | Meadville Medical Center, 1034 Grove Street, Meadville, PA 16335-2945 |
| 14313052 | + | EDI: AGFINANCE.COM | Oct 20 2021 03:08:00 | ONEMAIN, 605 MUNN ROAD, FT. MILL, SC 29715-8421 |
| 14264860 | + | EDI: AGFINANCE.COM | Oct 20 2021 03:08:00 | Onemain Financial / Citifinancial, 6801 Colwell Boulevard, Ntsb-2320, Irving, TX 75039-3198 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | LSF9 Master Participation Trust |
| cr | | Legacy Mortgage Asset Trust 2019-GS3 |
| cr | *+ | LSF9 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14336748 | *+ | LSF9 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 21, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Bradley Joseph Osborne | on behalf of Creditor LSF9 Master Participation Trust bosborne@hoflawgroup.com pfranz@hoflawgroup.com |
| Brian Nicholas | on behalf of Creditor Legacy Mortgage Asset Trust 2019-GS3 bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2019-GS3 bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor LSF9 Master Participation Trust ecfmail@mwc-law.com |
| Daniel P. Foster | on behalf of Debtor Thomas John Harvey dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: bsil | Page 3 of 3 |
| Date Rcvd: Oct 19, 2021 | Form ID: 3180W | Total Noticed: 24 |

Daniel P. Foster
    on behalf of Joint Debtor Kim Irene Harvey dan@mrdebtbuster.com
    katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Joseph A. Dessoye
    on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com

Kevin M Buttery
    on behalf of Creditor MTGLQ Investors  L.P kbuttery@rascrane.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard M. Squire
    on behalf of Creditor LSF9 Master Participation Trust lcolwell@squirelaw.com  kdiskin@squirelaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 11