**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/19/21 12:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   THOMAS JOHN HARVEY
   KIM IRENE HARVEY
       Debtor(s)

Ronda J. Winnecour
     Movant
  vs.
No Repondents.

Case No.: 16-10715 TPA

Chapter 13

Document No.: 98

### ORDER OF COURT

AND NOW, this ____19th____ day of ____October____, 20_21_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

_____
U.S. BANKRUPTCY JUDGE   jlm

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10715-TPA |
| Thomas John Harvey | Chapter 13 |
| Kim Irene Harvey | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: bsil | Page 1 of 3 |
| Date Rcvd: Oct 19, 2021 | Form ID: pdf900 | Total Noticed: 21 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas John Harvey, Kim Irene Harvey, 7749 Mill Road, Conneaut Lake, PA 16316-6539 |
| cr | + | MTGLQ Investors, L.P, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | | U.S. Bank Trust National Association, not in its i, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14264851 | + | Beneficial Consumer Discount Company, PO Box 1231, Brandon, FL 33509-1231 |
| 14264852 | + | Caliber Home Loans Inc, PO Box 650856, Dallas, TX 75265-0856 |
| 14333852 | + | LSF9 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 15377613 | + | LSF9 Master Participation Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14947957 | + | MTGLQ INVESTORS, L.P., 9990 Richmond Ave, Suite 400 South, Houston, TX 77042-4546 |
| 15080062 | | U.S. Bank Trust National Association, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14264861 | + | Windstream Communications, Attn: Alice Peace, 2 North Main Street, Greenville, SC 29601-4874 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14264853 | + | Email/Text: legal@castlecredit.com | Oct 19 2021 23:07:00 | Castle Credit, 8420 West Bryn Mawr, Chicago, IL 60631-3436 |
| 14279388 | + | Email/Text: legal@castlecredit.com | Oct 19 2021 23:07:00 | Castle Credit Co Holdings, LLC, 8430 West Bryn Mawr Avenue, Suite 750, Chicago, Illinois 60631-3475 |
| 14264854 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 19 2021 23:27:19 | Citibank / The Home Depot, Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14264855 | + | Email/Text: EBN@thecmigroup.com | Oct 19 2021 23:07:00 | Credit Management, LP, Attn: Bankruptcy, Po Box 118288, Carrolton, TX 75011-8288 |
| 14264856 | | Email/Text: G06041@att.com | Oct 19 2021 23:07:00 | DirecTV LLC, Attn: Bankruptcies, PO Box 6550, Englewood, CO 80155 |
| 14334761 | | Email/Text: G06041@att.com | Oct 19 2021 23:07:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14264857 | + | Email/Text: bknotice@ercbpo.com | Oct 19 2021 23:07:00 | ERC / Enhanced Recovery Corporation, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14264858 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2021 23:27:32 | LVNV Funding LLC, Po Box 10497, Greenville, SC 29603-0497 |
| 14264859 | + | Email/Text: mwetherbee@mmchs.org | Oct 19 2021 23:07:00 | Meadville Medical Center, 1034 Grove Street, Meadville, PA 16335-2945 |
| 14313052 | + | Email/PDF: cbp@onemainfinancial.com | Oct 19 2021 23:27:38 | ONEMAIN, 605 MUNN ROAD, FT. MILL, SC 29715-8421 |

| | | |
|---|---|---|
| District/off: 0315-1 | User: bsil | Page 2 of 3 |
| Date Rcvd: Oct 19, 2021 | Form ID: pdf900 | Total Noticed: 21 |

| | | | |
|---|---|---|---|
| 14264860 | + Email/PDF: cbp@onemainfinancial.com | Oct 19 2021 23:27:38 | Onemain Financial / Citifinancial, 6801 Colwell Boulevard, Ntsb-2320, Irving, TX 75039-3198 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LSF9 Master Participation Trust |
| cr | | Legacy Mortgage Asset Trust 2019-GS3 |
| cr | *+ | LSF9 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14336748 | *+ | LSF9 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14264855 | ##+ | Credit Management, LP, Attn: Bankruptcy, Po Box 118288, Carrolton, TX 75011-8288 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 21, 2021 | Signature: | /s/Joseph Speetjens |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley Joseph Osborne | on behalf of Creditor LSF9 Master Participation Trust bosborne@hoflawgroup.com pfranz@hoflawgroup.com |
| Brian Nicholas | on behalf of Creditor Legacy Mortgage Asset Trust 2019-GS3 bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2019-GS3 bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor LSF9 Master Participation Trust ecfmail@mwc-law.com |
| Daniel P. Foster | on behalf of Debtor Thomas John Harvey dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Kim Irene Harvey dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Joseph A. Dessoye | on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com |
| Kevin M Buttery | on behalf of Creditor MTGLQ Investors  L.P kbuttery@rascrane.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-1                                    User: bsil                                              Page 3 of 3
Date Rcvd: Oct 19, 2021                                 Form ID: pdf900                                     Total Noticed: 21

Richard M. Squire
        on behalf of Creditor LSF9 Master Participation Trust lcolwell@squirelaw.com  kdiskin@squirelaw.com

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

TOTAL: 11