2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-10715-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

Thomas John Harvey  
7749 Mill Road  
Conneaut Lake PA 16316

Kim Irene Harvey  
7749 Mill Road  
Conneaut Lake PA 16316

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/28/2019.

Name and Address of Alleged Transferor(s):

Claim No. 3: MTGLQ INVESTORS, L.P., 9990 Richmond Ave, Suite 400 South, Houston, TX 77042

Name and Address of Transferee:

U.S. Bank Trust National Association  
Fay Servicing, LLC  
PO Box 814609  
Dallas, TX 75381-4609

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/29/21

Michael R. Rhodes  
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10715-TPA |
| Thomas John Harvey | Chapter 13 |
| Kim Irene Harvey | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: bsil | Page 1 of 2 |
| Date Rcvd: Oct 27, 2021 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 14947957 | + MTGLQ INVESTORS, L.P., 9990 Richmond Ave, Suite 400 South, Houston, TX 77042-4546 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2021            Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2019 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Celine P. DerKrikorian | on behalf of Creditor LSF9 Master Participation Trust ecfmail@mwc-law.com |
| Daniel P. Foster | on behalf of Debtor Thomas John Harvey dan@mrdebtbuster.com clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Kim Irene Harvey dan@mrdebtbuster.com clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com |
| Joseph A. Dessoye | on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com |
| Kevin M Buttery | on behalf of Creditor MTGLQ Investors  L.P kbuttery@rascrane.com |

District/off: 0315-1 User: bsil Page 2 of 2
Date Rcvd: Oct 27, 2021 Form ID: trc Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard M. Squire
    on behalf of Creditor LSF9 Master Participation Trust lcolwell@squirelaw.com kdiskin@squirelaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8